UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DIVISION
C. A. No.: 05-11784 NMG

BROOKE L. VERDOIA, )
    Plaintiff )
)
v. )
)
THE HERTZ CORPORATION, )
And SHARON K. SHIELDS, )
    Defendants )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter our appearance as attorneys for the Defendant, Sharon K. Shields, in the above-captioned matter.

    Defendant, SHARON K. SHIELDS,

    By her Attorneys,

    AVERY DOOLEY POST & AVERY, LLP

    */s/ Joseph M. Noone*
    Joseph M. Noone, Esquire
    BBO #559644
    Julie M. Brady, Esquire
    BBO #631423
    90 Concord Avenue
    Belmont, MA 02478
    (617) 489-5300

## CERTIFICATE OF SERVICE

I, Joseph M. Noone, Esquire, hereby certify that I have this 27th day of October, 2005 served a copy of the within document upon all counsel of record, by mailing said copy, postage prepaid, to:

William A. Filippo, Esquire
John N. Calvino Law Associates
Providence, RI 02907

John D. Boyle, Esquire
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue
Boston, MA 02111

_____
Joseph M. Noone, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644

2