UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DIVISION
C. A. No.: 05-11784 NMG

BROOKE L. VERDOIA, )
    Plaintiff )
 )
 )
v. )
 )
THE HERTZ CORPORATION, )
And SHARON K. SHIELDS, )
    Defendants )

### DEFENDANT, SHARON K. SHIELDS' ANSWER TO PLAINTIFF'S COMPLAINT, WITH JURY CLAIM

To the correspondingly numbered paragraphs of the Plaintiff's Complaint, the defendant, Sharon K. Shields, answers as follows:

### PARTIES AND JURISDICTION

1. The Defendant is without information to either admit or deny the allegations contained in paragraph one (1) of the Complaint.

2. The Defendant is without information to either admit or deny the allegations contained in paragraph two (2) of the Complaint.

3. The Defendant denies the allegations contained in paragraph three (3) of the Complaint.

4. The Defendant denies the allegations contained in paragraph four (4) of the Complaint

5. The Defendant denies the allegations contained in paragraph five (5) of the Complaint.

### CAUSE OF ACTION

6. The Defendant denies the allegations contained in paragraph six (6) of the Complaint.

7. The Defendant denies the allegations contained in paragraph seven (7) of the Complaint.

8. The Defendant denies the allegations contained in paragraph eight (8) of the Complaint.

9. The Defendant denies the allegations contained in paragraph nine (9) of the Complaint.

10. The Defendant denies the allegations contained in paragraph ten (10) of the Complaint.

**WHEREFORE,** the Defendant denies that the Plaintiff, Brooke Verdoia, is entitled to judgment in any amount.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The court lacks jurisdiction over the person of this Defendant.

### SECOND DEFENSE

The Service of Process is insufficient.

### THIRD DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### FOURTH DEFENSE

Under all the circumstances alleged, the Plaintiff was acting in violation of the law, and such conduct was the cause of, or contributed to the happening of this accident.

### FIFTH DEFENSE

Under all the circumstances alleged, the Plaintiff was negligent, and such negligence was the cause of, or contributed to the happening of this accident.

### SIXTH DEFENSE

By virtue of the Massachusetts No-Fault Law, M.G.L. c. 90, §34(m), and all acts amendatory thereof, the defendant is exempt, either in whole or in part, from the tort liability alleged by the Plaintiff.

### SEVENTH DEFENSE

By virtue of the Massachusetts No-Fault Law, M.G.L. c. 231, §6D, and all acts amendatory thereof, because she has failed to satisfy the conditions precedent required by the said No-Fault Law, the Plaintiff is precluded from maintaining this action.

### EIGHTH DEFENSE

This Defendant states that the accident at issue was the result of the negligence of the Plaintiff and/or others for whose conduct this Defendant is and was not responsible.

### NINTH DEFENSE

The Statute of Limitations is a defense to this action.

**THE DEFENDANT, SHAON K. SHIELDS, DEMANDS A TRIAL BY JURY ON ALL ISSUES TRIABLE TO A JURY.**

Defendant, SHARON K. SHIELDS,

By her Attorneys,

AVERY DOOLEY POST & AVERY, LLP

*/s/ Joseph M. Noone*
Joseph M. Noone, Esquire
BBO #559644
Julie M. Brady, Esquire
BBO #631423
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

### CERTIFICATE OF SERVICE

I, Joseph M. Noone, Esquire, hereby certify that I have this 27th day of October, 2005 served a copy of the within document upon all counsel of record, by mailing said copy, postage prepaid, to:

William A. Filippo, Esquire
John N. Calvino Law Associates
Providence, RI 02907

John D. Boyle, Esquire
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue
Boston, MA 02111

*/s/ Joseph M. Noone*
Joseph M. Noone, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644

3