UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DIVISION
C. A. No.: 05-11784 NMG

BROOKE L. VERDOIA,  )
    Plaintiff  )
      )
v.  )
      )
THE HERTZ CORPORATION,  )
And SHARON K. SHIELDS,  )
    Defendants  )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter our appearance as attorneys for the Defendant, Sharon K. Shields, in the above-captioned matter.

Defendant, SHARON K. SHIELDS,

By her Attorneys,

AVERY DOOLEY POST & AVERY, LLP

_____
Julie M. Brady, Esquire
BBO #631423
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

## CERTIFICATE OF SERVICE

I, Julie M. Brady, Esquire, hereby certify that I have this 31st day of October, 2005 served a copy of the within document upon all counsel of record, by mailing said copy, postage prepaid, to:

William A. Filippo, Esquire
John N. Calvino Law Associates
Providence, RI 02907

John D. Boyle, Esquire
Boyle, Morrissey & Campo, PC
695 Atlantic Avenue
Boston, MA 02111

_____
Julie M. Brady, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #631423