*Dick*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division    District of    Massachusetts

BROOKE VERDOIA

V.

THE HERTZ CORPORATION
and SHARON K. SHIELDS

**SUMMONS IN A CIVIL CASE**

## 05  11784 NMG

CASE NUMBER:

TO: (Name and address of Defendant)  The Hertz Corporation, through its agent for Service,
CT Corporation System, 101 Federal Street, Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Filippo, Esq., BBO #164920
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI  02907

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 7, 2005 – DATE SERVED |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JONATHAN BOROWKO | PROCESS SERVER & DISINTERESTED PERSON |

*Check one box below to indicate appropriate method of service*

A/P/S
☑ Served personally upon the ~~third-party-defend~~ant. Place where served:   CT CORPORATION SYSTEM  101 FEDERAL ST. BOSTON, MA 02110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 140.00 | TOTAL $ 140.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/7/05
SERVED          Date

*Jonathan Borowko*   10/12/05
Signature of Server

26 WHITING ST #3,  N. ATTLEBORO, MA 02760
Address of Server

SUBSCRIBED AND SWORN TO THIS
Twelfth DAY OF October 200__
BEFORE ME

NOTARY PUBLIC
PRINT NAME: JOHN P. ORFORD-CARON

My Commission Expires: January 23, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.