# UNITED STATES DISTRICT COURT   ORIGINAL

Eastern Division  District of  Massachusetts

BROOKE VERDOIA

V.

THE HERTZ CORPORATION
and SHARON K. SHIELDS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11784 NMG

TO: (Name and address of Defendant)  Sharon K. Shields
5 Belknap Place
Cincinatti, OH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Filippo, Esq., BBO #164920
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    AUG 30 2005

CLERK _/s/_                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 1, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| MARTEZ MARSHALL | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 5 Belknap Place, Cincinnati, OH

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 1, 2005     Martez Marshall
              Date                    Signature of Server

407 Vine St., Suite 102, Cincinnati, OH 45202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.