UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

Eastern Division                          C.A.NO.:05 11784 NMG

_____
BROOKE L. VERDOIA            )
      Plaintiff             )
                            )
v.                          )
                            )
THE HERTZ CORPORATION        )
and SHARON K. SHEILDS        )
         Defendant          )
_____

### NOTICE OF APPEARANCE OF CHRISTOPHER G. PERILLO

Please enter my appearance as attorney for the Defendant, The

Hertz Corporation, in the above captioned action.


Dated: 11/1/05                    Christopher G. Perillo, BBO# 661624
                                  Boyle, Morrissey & Campo, P.C.
                                  695 Atlantic Avenue
                                  Boston, MA 02111
                                  (617) 451-2000
                                  FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Scott M. Carroll, Esq./Christopher G. Perillo, Esq., do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for Plaintiff**
William A. Filippo Esq.
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

**Counsel for Co-Defendant, Sharon K. Shields**
Joseph M. Noone, Esq.
Avery, Dooley, Post & Avery
90 Concord Avenue
Belmont, MA   02478

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF _____, 20___.


_____
Scott M. Carroll, BBO# 640852
Christopher G. Perillo, BBO# 661624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775