UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

Eastern Division                              C.A.NO.:05 11784 NMG

| | |
|---|---|
| BROOKE L. VERDOIA ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| THE HERTZ CORPORATION ) | |
| and SHARON K. SHEILDS ) | |
|     Defendant ) | |

### NOTICE OF APPEARANCE OF SCOTT M. CARROLL

Please enter my appearance as attorney for the Defendant, The Hertz Corporation, in the above captioned action.

Dated: 11/1/05

Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775