UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

Eastern Division                                    C.A.NO.:05 11784 NMG

BROOKE L. VERDOIA        )
    Plaintiff            )
                         )
v.                       )
                         )
THE HERTZ CORPORATION    )
and SHARON K. SHEILDS    )
    Defendant            )

### THE DEFENDANT, THE HERTZ CORPORATION'S, DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26 (a)(1), the defendant, The Hertz Corporation (hereinafter, "Hertz"), submits the following disclosure to the plaintiff, Brooke Verdoia:

**A. Individuals Likely to Have Discoverable Information:**

The following individuals, upon information and belief, may have discoverable information that Hertz may use to support its claims and/or defenses:

1. Sharon K. Shields, 11542 Islandale Drive, Cincinnati, Ohio;

2. Brooke Verdoia, 17 Rufus Street, Pawtucket, Rhode Island;

3. Joseph Verdoia, 17 Rufus Street, Pawtucket, Rhode Island;

4. Kathleen Vanoli, 11542 Islandale Drive, Cincinnati, Ohio;

5. Patrolman Edward H. Dyer, IV, Seekonk Police Department, Seekonk, Massachusetts;

6. The defendant, Hertz, reserves the right to call any and all of the plaintiff's treating medical doctors regarding prior and subsequent medical treatment.

**B. Documents, Data Compilations, and Tangible Things:**

The defendant may use the following documents, data compilations, and tangible things to support their claims or defenses:

1. The Hertz Rental Agreement entered into between Kathleen Vanoli and Hertz for the automobile allegedly operated by Sharon K. Shields (enclosed).

2. Plaintiff's medical records from providers that cared for and treated her prior to the alleged accident.

3. Commonwealth of Massachusetts Motor Vehicle Crash Report completed by Patrolman Edward H. Dyer, IV of the Seekonk, Massachusetts Police Department (enclosed).

4. Photographs of the subject motor vehicles alleged to have been involved in the motor vehicle accident on June 12, 2003 (enclosed).

5. Any document produced by Hertz in response to Requests for Production of Documents propounded by the plaintiff

6. Any document produced by the plaintiff in response to Requests for Production of Documents propounded by Hertz.

7. As discovery is ongoing, the right to supplement this list is hereby expressly reserved.

**C. Computation of Damages**

Not applicable.

**D. Insurance Agreements:**

The defendant states that the following insurers may be liable to satisfy part or all of a judgment that may be entered

in the action, or to indemnify or reimburse for payments made to satisfy the judgment:

(1) According to information and belief, Sharon K. Shields had an active personal automobile insurance policy with State Farm Mutual Automobile Insurance Company (hereinafter, "State Farm"), at the time of the alleged incident. Any information pertaining to this policy can be provided by the defendant, Sharon K. Fields.

(2) Hertz is a self-insured company which provides automobile insurance coverage pursuant to the minimum requirements prescribed by the applicable state statute.

Defendant hereby attests that the above-stated disclosures are based on information reasonably available to it at the time of this document's submission. Defendant reserves the right to supplement this Initial Disclosure as additional information and documents become available through discovery.

THE DEFENDANT,<br>
THE HERTZ CORPORATION,<br>
BY ITS ATTORNEYS,

Date: 11/14/05

Scott M. Carroll, BBO# 640852
Christopher G. Perillo, BBO# 661624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

# Commonwealth of Massachusetts
## Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicles | Number Injured | Speed Limit | 35 | State Police |
|---|---|---|---|---|---|---|---|
| 06/12/2003 | 1350 24HR | Seekonk | 2 | 2 | Latitude | | Local Police |
| | | | | | Longitude | | MBTA Police Other |

**AT INTERSECTION:**  <  LOCATION  >  **NOT AT INTERSECTION:**

| Route# | Direction | | Name of Roadway/Street | | Route# 114A | Direction | Address # | FALL RIVER AVE Name of Roadway/Street |
|---|---|---|---|---|---|---|---|---|

At

Feet [N][S][E][W] of _____ . _____ or _____
Mile Marker           Exit Number

| Route# | Direction | | Name of Intersecting Roadway/Street |

Also at intersection with

Feet [N][S][E][W] of _____
Route#     Intersecting Roadway/Street

| Route# | Direction | | Name of Intersecting Roadway/Street |

Feet [N][S][E][W] of ON RAMP 195 W
                                    Landmark

Please Select One of the Following:  [X] Vehicle 1,2  #Occupants  [ ] Hit/Run  [ ] Moped      **03-481-AC**

License # 9819097   St RI   DOB/Age 06/16/1980      Reg # T0741      Reg Type PC      Reg State RI
Sex F   Lic. Class D   Lic. Restrictions 1   CDL Endorsement      Veh Year 1997   Veh Make MITSUBISHI   Veh Config 1
Operator VERDOIA, BROOKE L                           Owner VERDOIA, BROOKE L
Address 17 RUFUS ST                                   Address 17 RUFUS ST
City Pawtucket   State RI   Zip 02860                 City Pawtucket   State RI   Zip 02860
Insurance Company PROGRESSIVE                         Vehicle Action Prior to Crash  2      Damaged Area Code: (Circle Up to Three)
Vehicle Travel Direction: [N][S][E][X]   Responding to Emergency? 2    Event Sequence  22 22 22 22
Citation # (If Issued) _____                      Most Harmful Event 1
                                                      Driver Contributing Code

Viol 1: Ch/Sec/Sub ___/___   Viol 2: Ch/Sec/Sub ___/___

| Name (Last First Middle) / Operator | Address / See Above | DOB/Age | Sex | Seat Pos. | Safety System | Airbag Status | Airbag Switch | Eject Code | Injury Status | Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator | See Above | -------- | --- | 1 | 4 | 3 | 0 | 0 | 4 | 2 | Pawtucket Memorial |
| JOSEPH VERDOIA | 17 RUFUS ST Pawtucket, RI 02860 | 01/27/1978 | M | 3 | 1 | 4 | 3 | 0 | 0 | 4 | 2 | Pawtucket Memorial |

Please Select One of the Following: [X] Vehicle 1  #Occupants  [ ] Non-Motorist A  Type  Action  Location  Condition  [ ] Hit/Run  [ ] Moped

License # RR544388   St OH   DOB/Age 07/15/1941     Reg # 17JN13       Reg Type PC      Reg State MA
Sex M   Lic. Class   Lic. Restrictions 1   CDL Endorsement      Veh Year 2003   Veh Make SUBARU   Veh Config 1
Operator SHIELDS, SHARON N                          Owner HERTZ CORP
Address 12179 SPALDING DR                           Address 450 MCCLELLAN HWY
City CINCINATTI   State OH   Zip 45231              City EAST BOSTON   State MA   Zip 02128
Insurance Company STATE FARM                        Vehicle Action Prior to Crash 2     Damaged Area Code: (Circle Up to Three)
Vehicle Travel Direction: [N][S][E][X]  Responding to Emergency? 2   Event Sequence 22 22 22 22
Citation # (If Issued) _____                    Most Harmful Event 1
                                                    Driver Contributing Code 19
Viol 1: Ch/Sec/Sub ___/___   Viol 2: Ch/Sec/Sub ___/___
Viol 3: Ch/Sec/Sub ___/___   Viol 4: Ch/Sec/Sub ___/___     Underride/Override 1    Towed 2

| Name (Last First Middle) / Operator/Non-Motorist | Address / See Above | DOB/Age | Sex | Seat Pos. | Safety System | Airbag Status | Airbag Switch | Eject Code | Injury Status | Transp. Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | -------- | --- | 1 | 4 | 3 | 0 | 0 | 5 | 1 | |

**Crash Diagram:**

→ = Direction   [1] = Vehicle 1   [2] = Vehicle 2   ♀ = Pedestrian

ie: →[1]  →[2]  →♀

FALL RIVER AVENUE / ROUTE 114A

OFF RAMP RT 195W

**If Crash Did Not Occur on a Public Way:**

☐ Off-Street Parking Lot
☐ Garage
☐ Mall/Shopping Center
☐ Other Private Way

← North

**Crash Narrative:**

VEHICLES #1 AND #2 BOTH ON THE OFF RAMP FROM ROUTE 195 PREPARING TO TURN RIGHT ONTO FALL RIVER AVENUE / ROUTE 114A. VEHICLE #1 BEGINS TO GO, THEN STOPS. VEHICLE #2 ALSO BEGINS TO GO AND IS LOOKING TO THE LEFT FOR ONCOMING TRAFFIC. WHEN OPERATOR OF VEHICLE #2 LOOKS UP, SHE SEE THAT VEHICLE #1 HAS STOPPED. VEHICLE #2 IS UNABLE TO STOP AND STRIKES VEHICLE #1 IN THE REAR END. BOTH VEHICLES MOVED INTO THE PARKING LOT OF BICKFORDS PRIOR TO MY ARRIVAL. VERY MINOR DAMAGE TO EACH VEHICLE. OPERATOR AND PASSENGER OF VEHICLE #1 TRANSPORTED TO pAWTUCKET MEMORIAL HOSPITAL COMPLAINING OF NECK/BACK PAIN.

**Witnesses:**

| Name (Last, First, Middle) | Address | Phone # | Statement |
|---|---|---|---|
| | | | |
| | | | |

**Property Damage:**

| Owner (Last, First, Middle) | Address | Phone # | 34-Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Truck and Bus Information:**

Registration # _____ (From Vehicle Section)

Carrier Name _____ Carrier Issuing Authority Code [ ]

Address _____ City _____ St ____ Zip ____

US DOT #: _____ State Number _____ ICC/MC # _____

Cargo Body Type Code [37]   Gross Vehicle Weight [38]

Trailer Reg #: _____ Reg Type _____ Reg State _____ Reg Year _____ Trailer Length [39]

**Hazmat Information:**

Placard [40]   Material 1 digit # [41]   Material Name _____   Material 4 digit # _____   Release code [42]

| Patrolman EDWARD H DYER IV | | DYEE | Seekonk Police Department | 06/12/2003 |
|---|---|---|---|---|
| Police Officer Name (Please Print) | Signature | ID/Badge # | Department | Precinct/Barracks | Date |

CRPI 11-24-06

3-03-2/28





**Hertz**

RR 54657S783    KATHLEEN VANOLI
RENTED: 06/06/03 09:21 AT PROVIDENCE AIRPORT

PAID BY MC    XXXXXXXXXXXX9982  ^    AUTH $   402.00/A43983

RENTED BY THE
HERTZ CORPORATION

NO "ADDITIONAL AUTHORIZED OPERATORS" WITHOUT HERTZ PRIOR WRITTEN APPROVAL.

I CERTIFY THAT I ARRIVED BY PLANE WITHIN THE PAST    48 HOURS.

CDP    482222 - INTERVAL INTERNATIONAL

PASSENGER CAPACITY - THE PASSENGER CAPACITY OF THIS VEHICLE IS DETERMINED BY THE NUMBER OF SEATBELTS AND, BY LAW, MUST NOT BE EXCEEDED. WHILE IN THE VEHICLE, PLEASE FASTEN YOUR SEATBELT. IT SAVES LIVES AND **IT'S THE LAW.** SHOULD YOU REQUIRE A LARGER VEHICLE, PLEASE CHECK AT THE COUNTER FOR AVAILABILITY.

RES: C1670896349    RATE PLAN: VJJW    RATE CLASS: C    PREPARED BY: 4618/RIPRO11

VEH 01797125494459 PG 2 OF 4 #02 RT
01710111

PRINTED: 06/06/03 09:29 RIPROT55



RENTED BY THE
HERTZ CORPORATION

RR 54657578З  KATHLEEN VANOLI

VEH 01797/2549459  PG 1 OF 4 #02 RT
0171011

RENTED: 06/06/03 09:21 AT PROVIDENCE AIRPORT

YOUR CHARGES WILL BE FOR          1WK,          UNDER THE RATE PLAN SHOWN BELOW.
YOU ARE REQUIRED TO RETURN ON  06/13/03 AT 06:00 TO PROVIDENCE AIRPORT
IF YOU DO NOT RETURN THEN AND THERE, A DIFFERENT RATE PLAN WITH HIGHER RATES AND/OR A SERVICE CHARGE WILL APPLY.

RATE PLAN  VJJW    (T)  RATE CLASS    C         YOU AGREE TO THESE ADDITIONAL CHARGES: (T)
$   236.00 PER WEEK          WITH ALL MILES FREE
$    51.00 PER EX DY
$    26.00 PER EX HR
$    26.00 PER XDY XHR

03 OUTBACK 4X4  N       LIC MA17JN13       MILES OUT  17    CLS Q    NVL N    FUEL OUT 8/8    TK CAP 16.9    STALL F A 048
YOU AGREE TO ACCEPT FUEL PURCHASE OPTION (FPO) AT $ 28.04 PER RENTAL; NO CREDIT FOR FUEL IN CAR AT RETURN. (T)

YOU AGREE TO OPTIONAL SERVICES OF:              OTHER FEES AND ASSESSMENTS:
LDW      DECLINED                                CONCESSION FEE RECOVERY           10.00 % (T)
LIS      DECLINED                                CUST FAC CHG                    $  3.75 PER DAY    (T)
PAI,PEC  DECLINED                                TAX RATE -    13.000 % - APPLIES TO ALL CHARGES MARKED (T)
         DECLINED - HERTZ LIABILITY PROTECTION IS SECONDARY
                                                 TAX/FEES INCLUDE RI SALES TAX PLUS 6% CAR RENTAL SURCHARGE.

KATHLEEN VANOLI
RR  546575783   VEH 01797 / 2549459   #02 RT
CLS Q    NVL N         03NTBK   LIC: MA 17JN13
FUEL OUT: 8 / 8   MILES OUT:   17

CDP: 482222-   INTERVAL INTERNATIONAL
RES:  C1670896349 / VJJW         / C
PREPARED BY:   4618 / RIPRO11



THIS IS YOUR STATED RETURN
RETURN: 06/13/03  06:00 @ PROVIDENCE AIRPORT
RENTED: 06/06/03  09:21 @ PROVIDENCE AIRPORT

PLAN OUT: VJJW         (T) RATE CLASS:    C
$   1 @ 236.00 PER WEEK      WITH ALL MILES FREE
$        51.00 PER EX DY
$        26.00 PER EX HR
$        26.00 PER XDY XHR

CONCESSION FEE RECOVERY           10.00% (T)
LDW        DECLINED
LIS        DECLINED
PAI, PEC   DECLINED
FPO        ACCEPTED                  (T) $   28.04
CUST FAC CHG              $ 3.75 PER DAY       (T)
TAX RATE -  13.000%
RENT FP  MC     XXXXXXXXXXXX9982
AUTHORIZED FOR    $   402.00


# HERTZ EXPRESS RETURN
IF USING EXPRESS RETURN, PLEASE COMPLETE THE
FOLLOWING INFORMATION AND DEPOSIT THIS CARD IN THE
EXPRESS RETURN BOX.  A DETAILED COPY OF YOUR RENTAL
CHARGES WILL BE MAILED TO YOU PROMPTLY.

RETURN DATE:_____     RETURN TIME:_____:____      AM.
                                                           PM.
RETURN MILEAGE: ___  ___  ___  ___  ___  ___

____ I did NOT buy gas.

____ I DID buy gas and the fuel gauge level is: (Circle One)

   E   1/8   1/4   3/8   1/2   5/8   3/4   7/8   F

RETURN LOCATION COPY - NOT VALID FOR RENTAL

```
>_____    PAGE 6 - AO/AAO      RELATIONSHIP:  1 SPOUSE   2 DOMESTIC PARTNER
         3 EMPLOYER/EMPLOYEE/CO-WORKER   4 BUSINESS ASSOCIATE  5 ASSOCIATION MEMBER
         6 DRIVER OF HANDICAPPED RENTER  7 OTHER


1. SHARON         SHIELDS              2.
   7  $  35.00   TERM 06/13/03
   OH RR544388
   5134038565
   RIPRO11 06/06/03 0932  4618  097480

3.                                     4.



5.                                     6.
```



RR 546575783    VEH    0179712549459
KATHLEEN VANOLI
RENTED: 06/06/03 09:21        0171011
AT PROVIDENCE AIRPORT
PG 4 OF 4    #02 RT



RENTED BY THE HERTZ CORPORATION

By Your declining the optional Liability Insurance Supplement (LIS), Par. 10(b) of the Rental Terms will apply to this rental. By signing below, You agree that any insurance that provides coverage to You or to an Authorized Operator shall be primary. In the event of any claims arising from the operation of the Car, such insurance shall be responsible for the payment of all personal injury and/or property damage claims up to the limits of such insurance.

Notice: This contract offers, for an additional charge, a Loss Damage Waiver to cover your responsibility for damage to the vehicle. Before deciding whether to purchase the Loss Damage Waiver, You may wish to determine whether Your own automobile insurance affords You coverage for damage to the rental vehicle and the amount of the deductible under Your own insurance coverage. The purchase of Loss Damage Waiver is not mandatory under this contract. See Par. 4 of the Rental Agreement Terms And Conditions, which appear on the folder (GN1900005) delivered to You with this Rental Record (the Rental Terms) for additional information. Also, **Read the Loss Damage Waiver disclosure provision contained in this Rental Agreement before signing below.** By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Terms, and You accept or decline the Optional Services as shown on Card 1.

*[signature: Kathleen Vanoli]*

he Hertz Privacy Policy governs the use of data about you. A copy
f the policy is available at the rental counter and online at hertz.com.



RR 546575783   VEH   0179712549459
KATHLEEN VANOLI
RENTED: 06/06/03 09:21        0171011
AT PROVIDENCE AIRPORT
PG 3 OF 4   #02 RT



RENTED BY THE HERTZ CORPORATION

## Notice About Liability for Damage to the Rental Car

The State of Rhode Island requires us to provide the following information about Your liability for damage to the rental car and the purchase of a damage waiver. **Insurance or Credit Card Coverage:** Liability for any damage to the rental vehicle may be covered by Your personal insurance policy or credit agreement. Check Your insurance policy or credit card agreement about coverage. **Loss Damage Waiver Coverage:** Loss Damage Waiver is not insurance coverage. You do not have to purchase the Loss Damage Waiver. You can decline it. If You purchase Loss Damage Waiver, we will waive our right to hold You or any authorized driver liable for damage. Even if You buy Loss Damage Waiver, You and any authorized driver will remain liable for damage if any of the following apply: (1) Damage or loss caused intentionally, willfully or wantonly by an authorized driver; (2) Damage or loss occurring while an authorized driver operates the rental vehicle while legally intoxicated or under the influence of any illegal drug or chemical as defined or determined under the law of the state in which the damage occurred; (3) Damage or loss caused while an authorized driver is engaging in any speed contest; (4) Damage or loss caused while an authorized driver is using the vehicle to push or tow anything or using the vehicle to carry persons or property for hire, unless expressly authorized in the rental agreement; (5) Damage or loss incurred while an authorized driver is driving outside the United States or Canada, unless expressly authorized in the rental agreement; (6) Damage or loss incurred while the vehicle is driven, with the renter's permission or accession, by anyone other than an authorized driver; (7) Damage or loss incurred after the private passenger automobile was rented or an authorized driver was approved as a result of fraudulent information provided to the rental company; (8) Damage or loss incurred as a result of commission of a felony by an authorized driver.

minimum underlying limits and $100,000 limit of insurance for each accident.
EXCLUSIONS
All exclusions, including claims arising from use of the Car as prohibited by this Agreement and claims by any of Your or any Authorized Operator's family members related by blood, marriage or adoption who resides with You or the Authorized Operator, are set forth in the applicable policy, a copy of which is available upon request.
HOW TO OBTAIN/DECLINE COVERAGE
If You accept LIS on the Rental Record, coverage will be provided during the rental period. The daily charge for LIS, which appears on the Rental Record, is due for each full or partial rental day.

PERSONAL ACCIDENT INSURANCE (PAI) AND PERSONAL EFFECTS COVERAGE (PEC): SUMMARY OF COVERAGE
HOW TO OBTAIN PAI/PEC COVERAGE
If You accept PAI/PEC on the Rental Record, coverage will be provided during the rental period. The daily charge for PAI/PEC, which appears on the Rental Record, is due for each full or partial rental day. Coverage will be provided under a policy issued to Hertz.
PERSONAL ACCIDENT INSURANCE (PAI):
Coverage and Benefits
The PAI policies provide coverage for death directly caused by an accident independent of all other causes. The renter will be covered for any such accident during the rental period; passengers will also be covered, but only for accidents occurring while in, entering or exiting the Car. Benefits include death benefits of $175,000 for the renter and $17,500 per passenger; PAI also provides limited coverage for medical and ambulance expense. Benefits for any one accident are limited to $225,000. These benefits are payable without regard to any other benefits which may be due under any other insurance policy. Coverage is subject to various exclusions, terms and conditions.

Exclusions
PAI insurance excludes coverage for injury or death resulting from use of the Car in violation of this Agreement and also for injury or death which: (a) is intentionally self-inflicted; (b) results from aircraft travel; (c) results from committing or attempting to commit an assault or felony; (d) results from intoxicants or narcotics unless administered on the advice of a physician; or (e) results from suicide or attempted suicide while sane or insane.
Notice Of Claim
In the event of any occurrence likely to result in a claim for PAI benefits, immediate written notice should be given to Hertz. Hertz will provide You with a claim form and the address of the insurance company which is providing coverage. You will have to submit the claim form to the insurance company together with Your Rental Record.
PERSONAL EFFECTS COVERAGE (PEC):
Coverage
Coverage is provided for loss of or damage to covered personal effects owned by any covered persons while such personal effects are in transit or in any hotel or other building en route during a trip using the Car.
Covered Persons
You and members of Your immediate family traveling with You during a trip using the Car who permanently reside in the same household with You are covered, if You except PAI/PEC.
Limits Of Liability
Maximum coverage during each rental period is $600 for each covered person, per occurrence. Total benefits in any rental period are limited to $1,800.
Exclusions
The following personal effects are not covered: Animals, automobiles, automobile equipment, motorcycles, boats, motors or other conveyances, household furniture, contact lenses, artificial teeth and limbs, currency, coins, deeds, bullion, stamps, securities, tickets, documents and perishables. Any loss of or damage to personal effects caused by mysterious disappearance or use of the Car in violation of the Agreement is not covered. Benefits are not payable for delay, loss of market, indirect or consequential losses or damages of any kind.

Notice Of Claim
In the event of any occurrence likely to result in a claim for PEC benefits, immediate written notice should be given to Hertz. Hertz will provide You with a claim form and the address of insurance company which is providing coverage.
WARNING: YOU MUST REMOVE KEYS, LOCK ALL DOORS, CLOSE ALL CAR WINDOWS AND THE TRUNK WHEN LEAVING THE CAR OR PEC COVERAGE WILL NOT APPLY, IN WHICH CASE YOU WILL BE RESPONSIBLE FOR ANY LOSS.



### We're right around whichever corner you happen to be on.

Get great service at the airport or at any of our 600 suburban locations.

**W**hether you're traveling around the country or right around the corner, you can count on Hertz. Because Hertz has over 600 suburban locations that offer the same great service you're used to getting at the airport. And, at over 500 Local Edition locations, we'll even come and get you. Another reason nobody does it exactly like Hertz. The world's #1 in car rental.



exactly.

Visit us at hertz.com, AOL Keyword: hertz
Hertz rents Fords and other fine cars.
®REG. U.S. PAT. OFF. ©HERTZ SYSTEM INC., 2001

a. EXCEPT AS STATED BELOW, YOU ARE RESPONSIBLE FOR ANY AND ALL LOSS OF OR DAMAGE TO THE CAR RESULTING FROM ANY CAUSE (FOR EXAMPLE: COLLISION, ROLLOVER, THEFT, VANDALISM OR SEIZURE), REGARDLESS OF FAULT, OTHER THAN ACCIDENTAL FIRE (NOT RESULTING FROM COLLISION) OR ACTS OF NATURE OR GOD BEYOND YOUR CONTROL. ACTS OF NATURE OR GOD SHALL BE DEEMED NOT TO INCLUDE COLLISIONS WITH OR CAUSED BY DEER OR OTHER ANIMALS.

b. EXCEPT AS STATED BELOW, YOUR RESPONSIBILITY WILL NOT EXCEED THE GREATER OF THE RETAIL FAIR MARKET VALUE OF THE CAR AND ITS MANUFACTURER BUYBACK PROGRAM VALUE AT THE TIME THE CAR IS LOST OR DAMAGED, LESS ITS SALVAGE VALUE, PLUS ACTUAL TOWING, STORAGE AND IMPOUND FEES, AN ADMINISTRATIVE CHARGE AND A REASONABLE CHARGE FOR LOSS OF USE.

c. YOUR RESPONSIBILITY FOR DAMAGE DUE TO THEFT OR OTHERWISE IS LIMITED BY LAW IN CERTAIN JURISDICTIONS. AS OF SEPTEMBER 1, 2000, THE FOLLOWING LIMITATIONS EXIST:

1) FOR RENTALS COMMENCING IN ILLINOIS, YOUR RESPONSIBILITY FOR CAUSES OTHER THAN THEFT WILL NOT EXCEED $9,500 THROUGH MAY 31, 2001, WHICH LIMIT WILL INCREASE BY $500 PER YEAR STARTING JUNE 1, 2001; AND YOUR RESPONSIBILITY FOR THEFT WILL NOT EXCEED $2,000 UNLESS IT IS ESTABLISHED THAT YOU OR AN AUTHORIZED OPERATOR FAILED TO EXERCISE ORDINARY CARE WHILE IN POSSESSION OF THE CAR OR COMMITTED OR AIDED IN THE COMMISSION OF THE THEFT.

2) FOR RENTALS COMMENCING IN WISCONSIN, (A) YOU ARE NOT RESPONSIBLE FOR ANY DAMAGE TO THE CAR OTHER THAN DAMAGE RESULTING FROM AN ACCIDENT OR CAUSED BY THE WILLFUL, RECKLESS OR WANTON MISCONDUCT OF YOU OR AN AUTHORIZED OPERATOR; AND (B) YOUR RESPONSIBILITY WILL NOT EXCEED THE FAIR MARKET VALUE OF THE CAR IMMEDIATELY BEFORE THE DAMAGE OCCURS, LESS ITS SALVAGE VALUE, PLUS ACTUAL TOWING FEES AND STORAGE FEES FOR NO MORE THAN 2 DAYS.

YOUR RESPONSIBILITY MAY ALSO BE LIMITED IN OTHER JURISDICTIONS.

d. IF YOU HAVE ACCEPTED THE OPTIONAL LOSS DAMAGE WAIVER ("LDW"), WHICH IS NOT INSURANCE, HERTZ WILL NOT HOLD YOU RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR EXCEPT AS DESCRIBED IN SUBPARAGRAPH 4(e). IF YOU HAVE ACCEPTED THE OPTIONAL PARTIAL DAMAGE WAIVER ("PDW"), WHICH IS NOT INSURANCE AND WHICH IS ONLY AVAILABLE FOR REPLACEMENT RENTALS, HERTZ WILL NOT HOLD YOU RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR, EXCEPT AS DESCRIBED IN SUBPARAGRAPH 4(e), UP TO AN AMOUNT EQUAL TO THE LESSER OF $1,000 AND ANY DEDUCTIBLE UNDER YOUR OWN AUTOMOBILE INSURANCE THAT APPLIES TO THE DAMAGE SUSTAINED BY THE CAR. IF YOU ACCEPT PDW, YOUR INSURER WILL BE BILLED FOR THE FULL AMOUNT OF THE LOSS; ONLY THE APPLICABLE DEDUCTIBLE UNDER YOUR POLICY (UP TO $1,000) IS WAIVED AFTER THE LOSS IS PAID. IN THOSE STATES WHERE THE SALE OF DAMAGE WAIVERS IS REGULATED OR PROHIBITED, THAT LAW WILL GOVERN YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR.

PURCHASE OF LDW OR PDW, WHICH ENTAILS AN ADDITIONAL CHARGE, IS NOT REQUIRED IN ORDER TO RENT A CAR AND MAY BE DECLINED. YOUR OWN INSURANCE (OR THAT OF AN AUTHORIZED OPERATOR) MAY COVER ALL OR PART OF YOUR FINANCIAL RESPONSIBILITY (OR THAT OF THE AUTHORIZED OPERATOR) FOR LOSS OF OR DAMAGE TO THE CAR. BEFORE DECIDING WHETHER TO PURCHASE LDW OR PDW, YOU ARE ADVISED TO CONSULT WITH YOUR INSURER AND/OR EXAMINE YOUR AUTOMOBILE INSURANCE POLICY AND THAT OF ANY AUTHORIZED OPERATOR TO DETERMINE WHETHER THE POLICY AFFORDS COVERAGE FOR LOSS OF OR DAMAGE TO A RENTED VEHICLE, AND, IF SO, THE TERMS AND SCOPE OF SUCH COVERAGE, INCLUDING THE AMOUNT OF THE DEDUCTIBLE AND ANY OTHER LIMITATIONS AND EXCESSES. YOU ARE ALSO ADVISED TO DETERMINE WHETHER SUCH COVERAGE IS PROVIDED UNDER THE AGREEMENT REGARDING THE CREDIT CARD WHICH IS USED TO PAY FOR THE RENTAL OR FROM ANY OTHER SOURCE AND, IF SO, THE TERMS AND SCOPE OF SUCH COVERAGE.

e. USE OF THE CAR IN A MANNER PROHIBITED IN PARAGRAPH 5 WILL, TO THE EXTENT PERMITTED BY APPLICABLE LAW, VOID LDW AND PDW AND CAUSE YOU TO BE RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM THAT PROHIBITED USE.

## Rental Agreement Terms & Conditions

These terms and conditions, the rental record signed by you and any other documents which you are required to sign when you rent the car, together constitute the agreement ("This Agreement") for the rental of the vehicle identified on the rental record, including all of its parts ("Car"). The agreement is between you and the Hertz Company which is identified on the rental record ("Hertz").

1. NATURE OF THIS AGREEMENT.
   You are obtaining solely a bailment that allows You to use the Car as permitted by this Agreement. You acknowledge that the Car is owned by Hertz. No one other than Hertz may transfer the Car or any rights or obligations under this Agreement. Any attempted transfer or sublease of the Car by anyone other than Hertz is void. Neither You nor any Authorized Operators are agents of Hertz. No one may service or repair the Car without Hertz's prior express approval. HERTZ MAKES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR THAT THE CAR IS FIT FOR ANY PARTICULAR PURPOSE.

2. WHO MAY OPERATE THE CAR.
   Only You and the following persons, with Your permission ("Authorized Operators"), may operate the Car: (a) For rentals commencing in the states of Iowa and Nevada, your spouse and Your employer, employees and fellow employees incidental to their business duties; (b) on rentals ("Replacement Rentals") which are designated as replacement rentals on the Rental Record, any person specifically named as an insured on Your automobile policy; and (c) on rentals other than Replacement Rentals, any other person who signs an Additional Authorized Operator form at the time of rental or who is authorized under Your Hertz CDP number, if any, shown on the Rental Record. All Authorized Operators must be at least 25 years old and must have a valid driver's license from a jurisdiction acceptable to Hertz, except that persons operating the Car pursuant to clause (b) above need only be at least 21 years old. Except to the extent necessary for valet parking or in an emergency as permitted by law, no other persons are permitted to operate the Car. With respect to persons who must sign an Additional Authorized Operator Form, other qualifications may, at Hertz's discretion, be in effect at the time and place of rental and, where permitted by law, Hertz may impose an additional fee for such persons. By operating the Car (whether or not an Additional Authorized Operator form is completed), an Authorized Operator will be deemed jointly and severally responsible for Your obligations under this Agreement related to the Car, as well as for any obligations that this Agreement directly imposes on an Authorized Operator of the Car (for example: the obligations contained in Paragraph 9 and 10(c)).

3. RETURN
   ORDINARY WEAR DUE TO REASONABLE USE EXCEPTED, YOU MUST RETURN THE CAR TO HERTZ IN THE SAME CONDITION IT IS IN WHEN YOU RECEIVE IT. YOU MUST RETURN THE CAR TO HERTZ BY THE DUE DATE SPECIFIED ON THE RENTAL RECORD, OR SOONER IF DEMANDED BY HERTZ. IN NO EVENT MAY YOU KEEP THE CAR FOR MORE THAN THIRTY(30) DAYS (IN NEW JERSEY, 28 DAYS), UNLESS AUTHORIZED IN WRITING BY HERTZ. THE CAR WILL REMAIN SUBJECT TO THESE TERMS AND CONDITIONS UNTIL HERTZ HAS INSPECTED AND ACCEPTED IT; IF YOU RETURN THE CAR AFTER HOURS, YOU ARE RESPONSIBLE FOR ANY DAMAGE TO THE CAR UNTIL HERTZ HAS INSPECTED AND ACCEPTED IT ON THE NEXT DAY THAT THE RETURN LOCATION IS OPEN FOR BUSINESS. IF YOU DO NOT RETURN THE CAR WHEN REQUIRED BY THIS AGREEMENT, THEN AFTER HERTZ SENDS YOU A WRITTEN DEMAND TO RETURN IT, SENT TO YOUR ADDRESS SHOWN ON THE RENTAL RECORD OR OTHERWISE PROVIDED TO HERTZ, HERTZ MAY, AT YOUR EXPENSE, RECOVER THE CAR WHERE AND WHEN IT IS FOUND. IF THE CAR IS FOUND ILLEGALLY PARKED OR APPARENTLY ABANDONED, OR IF THE CAR IS USED OR OBTAINED AS PROHIBITED UNDER PARAGRAPH 5, THEN HERTZ MAY RECOVER THE CAR WITHOUT DEMAND. TO THE EXTENT PERMITTED BY LAW, YOU WAIVE ANY RIGHT TO A HEARING OR TO RECEIVE ANY NOTICE OR LEGAL PROCESS AS A PRE-CONDITION FOR HERTZ RECOVERING THE CAR.

4. **YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR**
   IF THE CAR IS USED AS PERMITTED BY THE TERMS AND CONDITIONS OF THIS AGREEMENT, THE FOLLOWING APPLIES:

5. PROHIBITED USE OF THE CAR
NEITHER YOU NOR ANY AUTHORIZED OPERATOR MAY:

a. PERMIT THE USE OF THE CAR BY ANYONE OTHER THAN YOU OR AN AUTHORIZED OPERATOR;

b. INTENTIONALLY DESTROY, DAMAGE OR AID IN THE THEFT OF THE CAR;

c. TAKE OR ATTEMPT TO TAKE THE CAR INTO MEXICO OR TO ANYWHERE ELSE OUTSIDE OF THE UNITED STATES OR CANADA, EXCEPT AS EXPRESSLY PERMITTED UNDER THIS AGREEMENT;

d. ENGAGE IN ANY WILLFUL OR WANTON MISCONDUCT, WHICH, AMONG OTHER THINGS, MAY INCLUDE RECKLESS CONDUCT SUCH AS: THE FAILURE TO USE SEAT BELTS, THE FAILURE TO USE CHILD SEATS OR OTHER CHILD RESTRAINTS WHERE LEGALLY REQUIRED, USE WHEN OVERLOADED, USE OFF PAVED ROADS OR ON ROADS WHICH ARE NOT REGULARLY MAINTAINED, OR LEAVING THE CAR AND FAILING TO REMOVE THE KEYS OR TO CLOSE AND LOCK ALL DOORS, CAR WINDOWS OR THE TRUNK AND THE CAR IS VANDALIZED OR STOLEN;

e. USE OR PERMIT THE USE OF THE CAR BY ANYONE:

   1) WHILE LEGALLY INTOXICATED OR UNDER THE INFLUENCE OF ALCOHOL, DRUGS OR OTHER ABSORBED ELEMENTS WHICH MAY ADVERSELY AFFECT A PERSON'S ABILITY TO DRIVE SAFELY;

   2) FOR ANY PURPOSE THAT COULD PROPERLY BE CHARGED AS A CRIME, SUCH AS THE ILLEGAL TRANSPORTATION OF PERSONS, DRUGS OR CONTRABAND;

   3) TO TOW OR PUSH ANYTHING;

   4) IN A SPEED TEST, SPEED CONTEST, RACE, RALLY, SPEED ENDURANCE CONTEST OR DEMONSTRATION;

   5) IN DRIVER TRAINING ACTIVITY;

   6) TO CARRY PERSONS OR PROPERTY FOR HIRE (I.E., FOR A CHARGE OR FEE);

   7) IF THE CAR HAS BEEN OBTAINED FROM HERTZ BY FRAUD OR MISREPRESENTATION; OR

   8) TO CARRY EXPLOSIVES OR TO CARRY RADIOACTIVE MATERIAL INCLUDING, BUT NOT LIMITED TO, ANY RADIOACTIVE MATERIAL FOR RESEARCH, EDUCATION, DEVELOPMENT OR INDUSTRIAL PURPOSES, OR FOR PURPOSES INCIDENTAL THERETO;

f. FOR RENTALS IN HAWAII, TAKE OR ATTEMPT TO TAKE THE CAR OFF THE ISLANDS OF HAWAII.

g. FOR REPLACEMENT RENTALS, TAKE OR ATTEMPT TO TAKE THE CAR OUT OF THE STATE IN WHICH IT WAS RENTED WITHOUT FIRST OBTAINING SPECIFIC WRITTEN PERMISSION FROM HERTZ, WHICH PERMISSION MAY BE WITHHELD IN HERTZ'S SOLE DISCRETION.

ANY USE OF THE CAR IN A MANNER PROHIBITED ABOVE:

i. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL CAUSE YOU TO LOSE THE BENEFIT OF ANY LIMITATION ON YOUR LIABILITY FOR LOSS OF OR DAMAGE TO THE CAR, EVEN IF YOU HAVE ACCEPTED LDW OR PDW;

ii. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL CAUSE YOU TO LOSE THE BENEFIT OF ALL PERSONAL ACCIDENT INSURANCE ("PAI") AND PERSONAL EFFECTS COVERAGE ("PEC"), LIABILITY INSURANCE SUPPLEMENT ("LIS") COVERAGE AND LIABILITY PROTECTION PROVIDED BY HERTZ UNDER THIS AGREEMENT; AND

iii. WILL CONSTITUTE A BREACH OF THIS AGREEMENT, MAKING YOU RESPONSIBLE, TO THE FULLEST EXTENT PERMITTED BY LAW, FOR THE ACTUAL AND CONSEQUENTIAL DAMAGES TO HERTZ CAUSED BY THE BREACH, TOGETHER WITH HERTZ'S RELATED COSTS AND ATTORNEYS' FEES.

6. PAYMENT OF CHARGES
You and any person, corporation or other entity to whom, with Hertz's consent, You expressly direct the charges in any way incurred under this Agreement ("Charges") to be billed, are jointly and severally responsible for payment of all Charges. If You direct Charges to be billed to any person, corporation or other entity, You represent that You are authorized to do so. Charges not paid on time as required by this Agreement may be subject to a late payment fee. You may also be charged a fee for any check used for payment of Charges that is returned to Hertz unpaid. Payment for all estimated Charges is due at the time of rental in cash or by a credit card or other device acceptable to Hertz. Payment for any additional Charges is due at the completion of the rental in the same manner. Debit/check cards are not acceptable to qualify for rental, but may be used for payment at return. Charges not known to Hertz at the completion of the rental are payable by You, or by the person to whom such Charges are to be billed, immediately upon receipt of an invoice therefore or by billing to the credit card presented at the time of rental, even if cash or another debit/credit card was used to pay for charges at the completion of the rental. The payment of Charges by use of a credit card is governed by the terms of Your agreement with the card issuer. IF YOU USE A CREDIT OR CHARGE CARD TO PAY FOR CHARGES, YOU

AUTHORIZE HERTZ TO RESERVE CREDIT WITH THE CARD ISSUER AT THE TIME OF RENTAL IN A REASONABLE AMOUNT THAT IS AT LEAST EQUAL TO ALL ESTIMATED CHARGES AND TO PROCESS AN APPROPRIATE VOUCHER OR PAYMENT SLIP FOR ALL ESTIMATED CHARGES AT TIME OF RENTAL AND FOR ALL ADDITIONAL CHARGES AT THE COMPLETION OF THE RENTAL. Hertz may audit all Charges. If any errors are found, You will pay the corrected Charges. If payment was by credit, debit or charge card, You authorize Hertz to correct the Charges with the card issuer. Hertz will notify You of any correction.

Hertz may issue prepaid vouchers or coupons ("Vouchers") from time to time, which may be used to pay rental charges subject to the terms and conditions of the Vouchers. Vouchers must be submitted at the time that the rental commences.

7. COMPUTATION OF CHARGES

a. TIME CHARGES are computed at the rates specified on the Rental Record for days, weeks, months, extra hours and extra days (including days in excess of any longer specified time period). THE MINIMUM RENTAL CHARGE IS FOR ONE RENTAL DAY. RENTAL DAYS CONSIST OF CONSECUTIVE 24-HOUR PERIODS STARTING AT THE TIME THE RENTAL BEGINS, OR ANY PORTION OF A CALENDAR DAY, AS NOTED ON THE RENTAL RECORD. The extra hours rate shown on the Rental Record is charged for each full or partial hour in excess of a rental day until such extra hours' charges equal the daily rate specified on the Rental Record for an extra day. Extra hours are only charged if the Car is returned one hour or more beyond the start of a new rental day. IF YOU FAIL TO COMPLY WITH ANY CONDITIONS SPECIFIED ON THE RENTAL RECORD APPLICABLE TO SPECIAL RATES, HERTZ'S OTHERWISE APPLICABLE RENTAL RATES WILL BE CHARGED.

b. MILEAGE CHARGES, including those for extra miles, if any are based on the per mile rate specified on the Rental Record. The number of miles driven is determined by subtracting the Car's odometer reading at the beginning of the rental from the reading when the Car is returned, excluding tenths of miles. The per mile rate is then multiplied by the number of miles driven or, in the case of extra miles, by the number of miles in excess of the number of miles allowed, as specified on the Rental Record. The result is the Mileage Charge.

c. A SERVICE CHARGE may be applied if You return the Car to any location other than the location from which it is rented. Additional Charges may be applied for other supplementary services You request. Additional Charges, if stated on the Rental Record as a daily rate, are due and payable for each full or partial rental day.

d. LDW, PDW, PAI/PEC and LIS CHARGES, if applicable, are due and payable in full for each full or partial rental day, at the rates specified on the Rental Record.

e. SALES/USE/EXCISE TAXES, TAX REIMBURSEMENT, AIRPORT AND HOTEL RELATED FEES, VEHICLE LICENSING FEES, SURCHARGES AND SIMILAR TAXES AND FEES are charged/recovered as and where required or permitted by applicable law.

f. RECOVERY EXPENSE consists of all costs of any kind incurred by Hertz in recovering the Car either under this Agreement, or if it is seized by governmental authorities as a result of its use by You, any Authorized Operator or any other operator with Your, his or her permission, including, but not limited to, all attorneys' fees and court costs.

g. COLLECTION EXPENSE consists of all costs of any kind incurred by Hertz in collecting Charges from You or the person to whom they are billed, including but not limited to all attorneys' fees and court costs.

h. LATE PAYMENT FEES may be applied to any balance due for Charges that are not paid within 30 days of Hertz's mailing an invoice for such Charges to You or the person to whom they are to be billed. Such invoice may be mailed either to Your or their address specified at time of rental, or Your or their billing address on file with Hertz.

i. FINES AND OTHER EXPENSES include, but are not limited to, fines, penalties, attorneys' fees and court costs assessed against or paid by Hertz resulting from the use of the Car by You, any Authorized Operator or any other operator with Your, his or her permission.

j. CHARGES FOR ADDITIONAL SERVICES, such as Portable Phone Services, Hertz NeverLost® In-Car Navigation System, ski racks and infant and toddler car seats, if applicable, will be charged at the applicable rates specified on the Rental Record.

k. ANY OTHER CHARGES specified on the Rental Record will be charged at the applicable rates specified on the Rental Record.

8. REFUELING OPTIONS

Most Hertz rentals come with a full tank of gas, but that is not always the case. There are three refueling options:

(1) IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay Hertz a Fuel and Service Charge.

(2) IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Hertz will charge You a Fuel and Service Charge at the applicable per-mile or per-gallon rate specified on the Rental Record.

(a) The per-mile rate is used if You do not buy fuel during the rental. To calculate this amount, Hertz multiplies the number of miles driven, as shown on the car's odometer, times the per-mile rate shown on the Rental Record.

(b) The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it. To calculate this amount, Hertz multiplies the number of gallons needed to refill the fuel tank to the level it was at when You received the Car, times the per-gallon rate. ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.

(3) IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. For rentals in Hawaii, if You return the Car with a full tank of fuel, You will receive a credit for the amount previously charged for the purchase of fuel from Hertz. For rentals other than Replacement Rentals (and for all rentals in Hawaii), if You drive the Car 100 miles or less and return it with less than a full tank of fuel, You will receive credit for the purchase of fuel from Hertz and will be charged for the fuel used.

EXCEPT FOR RENTALS AS TO WHICH THE FINAL SENTENCE OF CLAUSE (3) BECOMES APPLICABLE, THE PER GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU SELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR RETURN.

9. RESPONSIBILITY FOR PROPERTY

You AGREE THAT HERTZ IS NOT RESPONSIBLE TO YOU, ANY AUTHORIZED OPERATORS OR ANYONE ELSE FOR ANY LOSS OF OR DAMAGE TO YOUR OR THEIR PERSONAL PROPERTY CAUSED BY YOUR OR THEIR ACTS OR OMISSIONS, THOSE OF A THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY HERTZ'S NEGLIGENCE. YOU AND ANY AUTHORIZED OPERATORS HEREBY WAIVE ANY CLAIM AGAINST HERTZ, ITS AGENTS OR EMPLOYEES, FOR LOSS OF OR DAMAGE TO YOUR OR ANYONE ELSE'S PERSONAL PROPERTY, WHICH INCLUDES, WITHOUT LIMITATION, PROPERTY LEFT IN ANY HERTZ VEHICLE OR BROUGHT ON HERTZ'S PREMISES, CAUSED BY YOU OR ANY AUTHORIZED OPERATORS, BY ANY THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY HERTZ'S NEGLIGENCE WHETHER IN WHOLE OR IN PART. YOU AND ANY AUTHORIZED OPERATORS AGREE TO INDEMNIFY AND HOLD HERTZ HARMLESS FROM ANY CLAIM AGAINST HERTZ FOR LOSS OF OR DAMAGE TO PERSONAL PROPERTY THAT IS CONNECTED WITH THE RENTAL UNDER THIS AGREEMENT.

10. LIABILITY PROTECTION

THE FOLLOWING SUBPARAGRAPH (a) APPLIES IF THE PROVISIONS OF YOUR CDP NUMBER SHOWN ON THE RENTAL RECORD, IF ANY, OR IN THE CASE OF A REPLACEMENT RENTAL, THE APPLICABLE CONTRACT, IF ANY, BETWEEN HERTZ AND THE AUTOMOBILE INSURER WHICH IS RESPONSIBLE FOR DAMAGE TO OR LOSS OF YOUR VEHICLE (A "RESPONSIBLE INSURER"), INCLUDE THE EXTENSION BY HERTZ OF LIABILITY PROTECTION.

a. WITHIN THE LIMITS STATED IN THIS SUBPARAGRAPH, HERTZ WILL INDEMNIFY, HOLD HARMLESS, AND DEFEND YOU AND ANY OTHER AUTHORIZED OPERATORS FROM AND AGAINST LIABILITY TO THIRD PARTIES, WHICH BY DEFINITION EXCLUDES ANY OF YOUR OR ANY AUTHORIZED OPERATOR'S FAMILY MEMBERS RELATED BY BLOOD, MARRIAGE OR ADOPTION RESIDING WITH YOU OR THEM, FOR BODILY INJURY (INCLUDING DEATH) AND PROPERTY DAMAGE, IF THE ACCIDENT RESULTS FROM THE USE OF THE CAR AS PERMITTED BY THIS AGREEMENT. THE LIMITS OF THIS PROTECTION, INCLUDING OWNER'S LIABILITY, ARE THE SAME AS THE MINIMUM LIMITS REQUIRED BY THE AUTOMOBILE FINANCIAL RESPONSIBILITY LAW OF THE JURISDICTION IN WHICH THE ACCIDENT OCCURS, UNLESS HIGHER LIMITS APPLY FOR THE CDP NUMBER OR RATE PLAN SHOWN ON THE RENTAL RECORD, IF ANY, OR, IN THE CASE OF A REPLACEMENT RENTAL, THE APPLICABLE CONTRACT BETWEEN HERTZ AND THE RESPONSIBLE INSURER, IF ANY. THESE LIMITS MAY NOT BE ADEQUATE TO FULLY COVER YOUR LIABILITY IN THE EVENT THAT YOU ARE INVOLVED IN AN ACCIDENT. THIS PROTECTION WILL CONFORM TO THE BASIC REQUIREMENTS OF ANY APPLICABLE MANDATORY "NO FAULT" LAW BUT DOES NOT INCLUDE "UNINSURED MOTORIST," "UNDERINSURED MOTORIST," "SUPPLEMENTARY NO FAULT" OR ANY OTHER OPTIONAL COVERAGE. TO THE EXTENT PERMITTED BY LAW, HERTZ AND YOU HEREBY WAIVE AND REJECT THE INCLUSION OF ANY SUCH PROTECTION. If such protection is imposed by operation of law, then the limits of such protection will be the minimum required for primary liability protection by the law of the jurisdiction in which the accident occurs. Hertz warrants that the protection described in this subparagraph is primary with respect to any insurance coverage which You or an Authorized Operator may have.

THE FOLLOWING SUBPARAGRAPH (b) APPLIES FOR ALL RENTALS OTHER THAN THOSE NOTED IN SUBPARAGRAPH (a).

b. IF YOU DO NOT PURCHASE LIABILITY INSURANCE SUPPLEMENT (LIS) (A SUMMARY OF LIS COVERAGE APPEARS BELOW) AT THE COMMENCEMENT OF THE RENTAL AND AN ACCIDENT RESULTS FROM THE USE OF THE CAR, YOUR INSURANCE AND THE INSURANCE OF THE OPERATOR OF THE CAR WILL BE PRIMARY. THIS MEANS THAT HERTZ WILL NOT GRANT ANY DEFENSE OR INDEMNITY PROTECTION UNDER THIS PARAGRAPH IF EITHER YOU OR THE OPERATOR OF THE CAR ARE COVERED BY ANY VALID AND COLLECTIBLE AUTOMOBILE LIABILITY INSURANCE, WHETHER PRIMARY, EXCESS OR CONTINGENT, WITH LIMITS AT LEAST EQUAL TO THE MINIMUM REQUIRED BY THE APPLICABLE STATE FINANCIAL RESPONSIBILITY LAW. IF NEITHER YOU NOR THE OPERATOR OF THE CAR HAVE SUCH INSURANCE, HERTZ WILL GRANT YOU AND ANY AUTHORIZED OPERATOR OF THE CAR LIMITED PROTECTION UNDER THE TERMS AND CONDITIONS STATED IN SUBPARAGRAPHS 10(a) AND 10(c).

FOR RENTALS COMMENCING IN FLORIDA: Florida law requires Hertz's liability protection and personal injury protection to be primary unless otherwise stated. Therefore, Hertz hereby informs You that the valid and collectible liability insurance and personal injury protection of You or any Authorized Operator is primary for the limits of liability and personal injury protection coverage required by ss.324.021 (7) and 627.736, Florida statutes, unless Your CDP number or rate plan includes the extension by Hertz of liability protection or you accept the optional LIS. Primary insurance means that, in the event of a covered loss, Your insurance or that of the Authorized Operator would be responsible for the payment of personal injury or property damage claims up to the limits of that insurance.

c. YOU AND ALL OPERATORS WILL INDEMNIFY AND HOLD HERTZ, ITS AGENTS, EMPLOYEES AND AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL LOSS, LIABILITY, CLAIM, DEMAND, CAUSE OF ACTION, ATTORNEY'S FEES AND EXPENSE OF ANY KIND (A "LOSS") IN EXCESS OF THE LIMITS STATED HEREIN OR BEYOND THE SCOPE OF THE PROTECTION PROVIDED FOR HEREIN, IF ANY, ARISING FROM THE USE OR POSSESSION OF THE CAR BY YOU OR ANY OTHER OPERATOR(S) WITH YOUR, HIS OR HER PERMISSION, INCLUDING BUT NOT LIMITED TO ATTORNEYS' FEES INCURRED BY HERTZ TO ENFORCE ANY OF ITS RIGHTS HEREUNDER, UNLESS SUCH LOSS ARISES OUT OF HERTZ'S SOLE

NEGLIGENCE.
d.  The Car may not be driven into Mexico without first obtaining specific written permission from Hertz, which permission may be withheld in Hertz's sole discretion. If permitted, You must first obtain through Hertz insurance valid in Mexico. Hertz does not provide any liability protection with this Agreement while a Car is in Mexico.

11.  ACCIDENTS, THEFT AND VANDALISM
You must promptly and properly report any accident, theft or vandalism involving the Car to Hertz and to the police in the jurisdiction in which such incident takes place. You should obtain details of witnesses and other vehicles involved and their drivers, owners and relevant insurances wherever possible. If You or any Authorized Operator receive any papers relating to such an incident, those papers must be promptly given to Hertz. You and any Authorized Operators must cooperate fully with Hertz's investigation of such incident and defense of any resulting claim. FAILURE TO COOPERATE FULLY MAY VOID ALL LIABILITY PROTECTION, PAI/PEC, LIS, LDW AND PDW. You and any Authorized Operators authorize Hertz to obtain any records or information relating to any incident, consent to the jurisdiction of the courts of the jurisdiction in which the incident occurs and waive any right to object to such jurisdiction.

12.  LIMITS ON LIABILITY
a.  Hertz will not be liable to You or any Authorized Operators for any indirect, special or consequential damages (including lost profits) arising in any way out of any matter covered by this Agreement.
b.  You understand and agree that it is improper for You to file a lawsuit concerning this Agreement against any entity other than Hertz.

13.  PARKING AND TRAFFIC VIOLATIONS/TOLLS/PRIVACY/LIMITED POWER OF ATTORNEY
a.  You will be responsible for and pay all parking or traffic violation fines and penalties, all towing, storage and impoundment fees, and all tolls charged to the Car, arising out of use, possession or operation of the Car by You or with Your permission. You agree to pay same and indemnify and hold Hertz harmless if Hertz pays or is required to pay same. You also agree to reimburse Hertz for all its related collection and other expenses, including an administrative fee related to the cost of collection or to the cost of providing information about You to a court or governmental agency in connection with any parking or traffic violations. For rentals in Hawaii, the amount of the administrative fee which You will be charged if Hertz is required to pay such a parking citation is $10.00 per citation; to avoid this, You are encouraged to pay all parking citations promptly and directly to the court.

You and any other Authorized Operators authorize Hertz to release to any court or government agency any information relating to any person who uses the Car during the rental.

You grant Hertz a limited Power of Attorney to present claims for damage to or loss of the Car to Your insurance carrier.

WAIVER OR CHANGE OF TERMS/GOVERNING LAW
No term of this Agreement may be waived or changed except by a writing signed by an expressly authorized representative of Hertz. Rental representatives are not authorized to waive or change any term of this Agreement.

This Agreement shall be governed by the substantive law of the jurisdiction in which the rental commences, without giving effect to the choice of laws rules thereof.

SUMMARY OF OPTIONAL SERVICES
THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL OF THE PROVISIONS, LIMITATIONS AND EXCEPTIONS OF THE APPLICABLE LIABILITY INSURANCE SUPPLEMENT, PERSONAL ACCIDENT AND PERSONAL EFFECTS INSURANCE POLICIES (WHICH ARE AVAILABLE FOR INSPECTION UPON REQUEST), AND THIS AGREEMENT.

The insurance coverages offered by HERTZ (LIS and PAI/PEC) may provide a duplication of coverage already provided by a renter's personal automobile insurance policy or by another source of coverage. The purchase of these kinds of coverage is not required in order to rent a Car.

LIABILITY INSURANCE SUPPLEMENT (LIS)
SUMMARY OF COVERAGE

COVERAGE
If You elect to purchase LIS, coverage will be provided to You and any Authorized Operators under an excess automobile liability insurance policy issued to Hertz.

LIS
LIS provides protection from third-party automobile liability claims for the difference between the liability protection limits provided under Paragraph 9 and a maximum combined single limit of One Million ($1,000,000) Dollars for bodily injury, including death, and property damage. LIS also provides uninsured and underinsured motorist coverage for bodily injury

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) I, Scott M. Carroll, Esq./Christopher G. Perillo, Esq., do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for Plaintiff**
William A. Filippo Esq.
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

**Counsel for Co-Defendant, Sharon K. Shields**
Joseph M. Noone, Esq.
Avery, Dooley, Post & Avery
90 Concord Avenue
Belmont, MA  02478

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF NOVEMBER, 2005.

Scott M. Carroll, BBO# 640852
Christopher G. Perillo, BBO# 661624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775