UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

EASTERN DIVISION
C.A. NO.: 05-11784-NMG

BROOKE L. VERDOIA
    Plaintiff

VS.

THE HERTZ CORPORATION and
SHARON K. SHIELDS

### PLAINTIFF, BROOKE VERDOIA'S, CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1 (D) (3)

The Plaintiff, Brooke L. Verdoia, hereby certifies that she has conferred with her counsel and discussed a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*[signature]*
Plaintiff - Brooke L. Verdoia

*[signature]*
WILLIAM A. FILIPPO, ESQ.
373 Elmwood Avenue
Providence, RI 02907
(401) 785-9400, BBO # 164920
(401) 781-9648 (fax)

## CERTIFICATION

I hereby certify that I mailed a true copy of the within, via regular U.S. Mail, postage prepaid to Scott M. Carroll, Esq. and Christopher G. Perillo, Esq., Boyle, Morrissey & Campo, P.C., 695 Atlantic Avenue, Boston, MA 02111 and Joseph M. Noone, Esq., Avery, Dooley, Post & Avery, LLP, 90 Concord Avenue, Belmont, MA 02478 this 13th day of December, 2005.

*[signature]*