UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

EASTERN DIVISION
C.A. NO.: 05-11784-NMG

BROOKE L. VERDOIA
         Plaintiff

VS.

THE HERTZ CORPORATION and
SHARON K. SHIELDS

**JOINT SCHEDULING CONFERENCE MEMORANDUM
PURSUANT TO FED. R. CIV. P. 16 & LR 16.1**

In compliance with Fed. R.Civ. P. 16 and Local Rule 16.1, the parties that have filed answers in this case jointly submit this Scheduling Conference Memorandum and submit the following proposed pre-trial schedule:

I.   JOINT DISCOVERY PLAN:

The Plaintiff, Brooke L. Verdoia, and Defendants, The Hertz Corporation and Sharon K. Shields have, pursuant to Fed. R. Civ. P. 26 (a)(1)-(4) and Local Rules 26.2 (A) and 26.1(B)(2), filed automatic disclosures identifying individuals likely to have information, regarding this matter, and have identified and exchanged relevant documents.

1.)     The parties believe that it will be necessary to exchange interrogatories pursuant to Fed. R. Civ. P. 33 not to exceed thirty (30) in number including all discrete sub-parts.

2.)     The parties believe that it will be necessary to request documents pursuant to Fed. R. Civ. P. 34 as they become identified through discovery.

3.)    The parties agree that it may be necessary to make certain requests for admission pursuant to Fed. R. Civ. P. 36 as discovery proceeds.

4.)    The parties agree that the following persons probably need to be deposed:

    a.)    Plaintiff, Brooke Verdoia

    b.)    Mr. Joseph M. Verdoia

    c.)    Sharon K. Shields

    d.)    Patrolman, Edward H. Dyer, IV, Seekonk Police

    e.)    Rescue personnel-Seekonk Fire Department

    f.)    Dr. Joseph A. Izzi, M.D.

    g.)    Keeper of Records for Plaintiff's medical providers.

    h.)    Keeper of Records for Plaintiff's medical insurers.

    i.)    Keeper of Records for Plaintiff's employers.

    j.)    Keeper of Records of Plaintiff's accountant/tax preparers.

    k.)    Any other persons or entities that any party believes has discoverable information regarding damages and/or liability that is discovered during the course of this litigation.

5.)    The Defendants may wish to have the Plaintiff submit to a physical examination pursuant to Fed. R. Civ. P. 35.

6.)    Plaintiff anticipates retaining and giving proper notice to the parties and the court of experts in the following fields:

    a.)    Orthopedic medicine

    b.)    Vocational rehabilitation

c.)    Economics

7.)    Defendants reserve the right to retain liability, medical and damage experts and give proper notice of the same to the other parties and the court.

8.)    The parties respectfully request nine months to conduct the above discovery.  The parties believe this amount of time is necessary due to the nature of the accident and extent of the injuries alleged by the Plaintiff.

9)    The parties request that Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a) (2) must be disclosed, within 30 days from the discovery deadline.

10)    The parties request that Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a) (2) must be disclosed, within 45 days from the deadline by which Plaintiff is to designate her experts for trial.

II.    PROPOSED SCHEDULE FOR THE FILING OF MOTIONS:

The parties would request three (3) months after the close of each phase of discovery to bring motions.

III.    CERTIFICATIONS:

1.)    Counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

2.)    To consider the resolution of the litigation through the use of alternative dispute resolution programs as those outlined in Local Rule 16.4.

F:\WordDocs\Cases\6801\Corres\2005\PA re settlement Memo 12-15-05.doc

Plaintiff,
Brooke Verdoia
By her Attorney,

William A. Filippo, Esq., BBO # 164920
373 Elmwood Avenue
Providence, RI 02907
(401) 785-9400
(401) 781-9648 (fax)


Defendant,
The Hertz Corporation
By their Attorneys,

Scott M. Carroll, Esq., BBO # 640852
Christopher G. Perrillo, Esq. BBO # 661624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
(617) 451-5775 (fax)


Plaintiff,
Sharon K. Shields,
By her Attorney,

Joseph M. Noone, Esq., BBO # 889644
Avery, Dooley, Post & Avery   55
910 Concord Avenue
Belmont, MA 02478
(617) 489-5300
(617) 489-0085 (fax)


Dated: December 15, 2005