UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DIVISION
C. A. No.: 05-11784 NMG

| | |
|---|---|
| BROOKE L. VERDOIA,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| THE HERTZ CORPORATION,<br>And SHARON K. SHIELDS,<br>    Defendants | )<br>)<br>)<br>) |

### DEFENDANT, SHARON K. SHIELDS' CERTIFICATION OF COMPLAINCE WITH LOCAL RULE 16.1(D)(3)

The Defendant, Sharon K. Shields, hereby certifies that she has conferred with her counsel and discussed a view to establishing a budget for costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_Sharon K. Shields_
Defendant, Sharon K. Shields

_Joseph M. Noone_
Joseph M. Noone, Esquire (BBO #559644)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300

Dated: December 22, 2005

## CERTIFICATE OF SERVICE

I, Joseph M. Noone, Esquire, hereby certify that I have this 22nd day of December, 2005 served a copy of the within *Defendant, Sharon K. Shields' Certification of Compliance With Local Rule 16.1(D)(3)* upon all counsel of record, by mailing said copy, postage prepaid, to:

William A. Filippo, Esquire
JOHN N. CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

Scott M. Carroll, Esquire
Christopher G. Perillo, Esquire
BOYLE, MORRISSEY & CAMPO, P.C.
695 Atlantic Avenue
Boston, MA 02111

*[signature]*
Joseph M. Noone, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644

2