UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

EASTERN DIVISION
C.A. NO.: 05-11784-NMG

BROOKE L. VERDOIA
Plaintiff

VS.

THE HERTZ CORPORATION and
SHARON K. SHIELDS
Defendants

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the plaintiff, Brooke Verdoia, and the defendant, The Hertz Corporation, in the above-captioned action hereby stipulate that said action be dismissed against the defendant, The Hertz Corporation, without prejudice.

Plaintiff
Brooke Verdoia
By her Attorney,

_____
William A. Filippo, BBO # 164920
373 Elmwood Avenue
Providence, RI  02907
401-785-9400

Date: 12-21-05

Defendant
The Hertz Corporation
By its Attorneys,

_____
Scott M. Carroll, BBO #:640852
Christopher Perillo, BBO #:661624
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA  02111

Date: 12/28/05

Defendant
Sharon K. Shields
By her Attorney,

_____
Joseph M. Noone, BBO#559644
Avery, Sooley, Post & Avery
910 Concord Avenue
Belmont, MA  02478
617-489-5300

Date: 1-13-06