UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
EASTERN DIVISION
C. A. No.: 05-11784 NMG

| | |
|---|---|
| BROOKE L. VERDOIA,<br>　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SHARON K. SHIELDS,<br>　　　　Defendant | )<br>)<br>) |

### STIPULATION OF DISMISSAL

The parties in the above-entitled action, pursuant to the provisions of Massachusetts Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without interest or costs.

Plaintiff, BROOKE L. VERDOIA,
By her Attorneys,

JOHN N. CALVINO LAW ASSOCIATES

_____
William A. Filippo, Esquire
373 Elmwood Avenue
Providence, RI 02907
401-785-9400
BBO #164920

Defendant, SHARON K. SHIELDS,
By her Attorneys,

AVERY DOOLEY POST & AVERY, LLP

_____
Joseph M. Noone, Esquire
90 Concord Avenue
Belmont, MA 02478
617-489-5300
BBO #559644